**Ruth Holmes, Appellee, v. Joseph Lowry and Cynthia Bouwens. (Joseph Lowry, Appellant, Cynthia Bouwens, Appellee.)**

Gen. No. 11,409.

Second District, First Division.

June 26, 1961.

William Pavlov, of Waukegan, for appellant; Andrew J. Farrell, of Chicago, Hall, Meyer, Van Deusen, Holmberg & Snook, Snyder, Clarke, Dalziel, Holmquist & Johnson, all of Waukegan, for appellee. Opinion by JUDGE McNEAL. Not to be published in full.